**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DISTRICT OF COLUMBIA**

| | |
|---|---|
| JAVIER CALDERON, et al.<br><br>      Plaintiffs,<br><br>v.<br><br>CABO NEGRO, INC.<br><br>      Defendant. | Case No. 16-cv-01924-APM |

**STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41, the parties hereby stipulate to the dismissal of this action against Defendant *with prejudice*, each party to bear its own costs.

Date: February 27, 2017

Respectfully submitted,

/s/ Justin Zelikovitz, Esq.
Justin Zelikovitz, #986001
DCWAGELAW
519 H Street NW
Washington, DC 20001
Phone: (202) 803-6083
Fax: (202) 683-6102
justin@dcwagelaw.com
*Counsel for Plaintiffs*

/s/Brendan J. Klaproth
Brendan J. Klaproth, #999360
KLAPROTH LAW PLLC
406 5th Street
Suite 350
Washington, DC 20001
Phone: (202) 618-2344
Fax: (202) 618-4636
bklaproth@klaprothlaw.com
*Counsel for Defendant*